# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

**In the Matter of:**

Deaya Starr Wilturner

Case No. 19-29564

Chapter 13

**Debtor(s)**

## AFFIDAVIT OF CHANGED CIRCUMSTANCES

1. I, Deaya Starr Wilturner, commenced this case on October 3, 2019 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. I have had a prior bankruptcy pending within the last year and that case was dismissed. The case number was 18-29100

3. I understand that current Automatic Stay under 11 U.S.C. Section 362(c) 3(A) will expire 30 days after filing of this case

4. I request that the Automatic Stay be extended for the life of the plan under 11 U.S.C § 362(c) 3.

5. I had obtained a new job and I had given my two week notice to my old emploter I was supposed to start the Monday after my two week notice expired.

6. However, my new employer delayed my employment by over 30 days and I did not have income for almost 45 days.

7. The loss of my income caused me to fall behind on the trustee payment.

8. I am now employed and can support the chapter 13 payment.

9. Debtor has proposed that Chapter 13 payments be taken directly out of the Debtor's payroll check.

10. These substantial changes have allowed the debtor to re-file an effective plan for reorganization and the proposed plan and changed circumstances represents evidence of the debtor's good faith.

WHEREFORE, debtor(s) pray for an order for to extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3), and for such additional or alternative relief as may be just and proper.

I declare under the penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

_____  October 21, 2019
Deaya Starr Wilturner                Date

Subscribed and sworn to before me
This 21st day of October 2019

_____
Notary Public, State of Wisconsin
My commission is permanent.

[Notary Seal: JOHN E. GERMAN, NOTARY PUBLIC, STATE OF WISCONSIN]