THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 25, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Deaya Starr Wilturner,   Case No. 19-29564-gmh
                                                  Chapter 13
Debtor.

**ORDER GRANTING DEBTOR'S MOTION FOR CONTINUATION OF STAY**

The debtor moved for continuation of the automatic stay under 11 U.S.C. §362(c)(3)(B). Counsel filed a certificate of service indicating that notice of the motion was served on all parties in interest, and no one objected. The debtor provided an affidavit demonstrating that this case was filed in good faith as to all creditors.

Therefore, IT IS ORDERED that the debtor's motion is granted, and the automatic stay is extended as to all creditors, pursuant to 11 U.S.C. §362(c)(3)(B).

#####